THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Tracye Michelle Graves Appellant.
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2007-UP-045
Submitted January 2, 2007  Filed January 26, 2007

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Joseph L. Savitz, III, Office of Appellate Defense, of Columbia, for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel Tommy Evans, Jr. and Legal Counsel J. Benjamin Aplin, Department of Probation, Parole and Pardon Services, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Tracye Michelle Graves appeals the revocation of her probation.  Graves argues the trial court erred in revoking her probation, in part, for failing to pay restitution.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Graves appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J., and KITTREDGE and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.